# EXHIBIT "A"

## Promissory Note

Principal: $ 240,000          Los Angeles, California          Nov. 28, 2007.

1. **Borrower's Promise to Pay:** For value received, **FREMONT INVESTMENT HOLDINGS INC. DBA FREMONT INVESTMENT FUNDING** (hereinafter referred to as "Borrower") promises to pay in lawful money of the United States of America, to: **JOEY D. BALL** (hereinafter referred to as "Lender") or order, at a place designated by payee, the principal sum of $240,000 (Two Hundred and Forty Thousand Dollars) with interest in like lawful money from The United States of America until paid on or before January 1, 2009 (hereinafter referred to as the "Maturity Date"), bearing interest at the rate of 16% per annum. Interest shall accrue on the unpaid principal balance until the full amount of Principal has been paid.
Borrower will make all payments under this Note in the form of cash, check or money order.

2. **Transferability:** **Lender** may transfer this Note at any time.

3. **Re - Payment Schedule:**

$3,000 per month to be applied to the Principle and the Interest payable on the 1st of each month, commencing on January 1, 2008. Payments shall be applied to the Interest before being applied to the Principal.

If any balance remains on this note on the Maturity Date (January 1, 2009), said balance shall be paid in full to the Lender by Borrower on the Maturity Date.

Borrower shall mail monthly payments to Lender at 3740 Beechglen Drive, La Crescenta, CA 91214, or to any alternate address Lender may designate and inform Borrower of from time to time.

4. **Borrowers Right to Prepay:** Borrower shall have the right to make payments consisting of Principal Only, at any time during the term of this note (hereinafter referred to as a "Prepayment"). When Borrower designates a payment as a "Prepayment", Borrower shall notify Lender in writing that Borrower is making a Principal Only "Prepayment". Borrower may only designate a payment as a "Prepayment" if Borrower has already paid the agreed upon $3,000 monthly payment due on this note in any given month.

Borrower may repay this Note in full or in part at any time without any Pre-payment charge or penalty.

Lender shall apply 100% of Borrower's "Prepayments" to the Principal due on this note.

5. **Borrower's Failure to Pay/Default:**
   (A) **Late Charge for Overdue Payments:** If the Borrower is more than 15 days late on paying the monthly $3,000 payment, Borrower shall pay Lender a late charge of 3% of the overdue payment of principal and interest.
   (B) **Default:** If Borrower fails to pay Lender the monthly $3,000 payment or the remaining balance on the Maturity Date, Borrower shall be deemed to be in Default.
   (C) **Notice of Default:** If Borrower is in Default, the Lender may send Borrower written notice of said Default and demand immediate payment of the total remaining Principal Balance and any and all interest that has accrued and is due if Default is not cured within 60 days.
   (D) **Payment of Lender's Costs and Expenses:** If the Lender is required to bring legal action to enforce this note, Borrower shall pay all costs and expenses associated with enforcement of this note to the extent not prohibited by applicable laws, including any such sum as the Court may fix as reasonable attorney's fees.

6. Notices: All notices, requests, demands or other communications required or permitted by the terms of this Note shall be given in writing and delivered to the parties of this Note as follows:

    a. Fremont Investment Funding
       8052 Melrose Avenue, Second Floor
       Los Angeles, CA 90046

    b. Joey Ball
       3740 Beechglen Drive
       La Crescenta, CA 91214

or to such other address as to which any Party may from time to time notify the other.

7. Uniform Secured Note: This Note, protects the Note Holder from possible losses which might result if Borrower does not keep the promises which Borrower makes in this Note. Under some conditions Borrower may be required to make immediate payment in full of all amounts due under this Note:

If all or any part of the Property of Fremont Investment Holdings Inc DBA Fremont Investment Funding or any interest in the Property is sold or transferred without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower a Notice of Acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____(Seal)
Victor Huezo -Executive Vice President-CEO

Fremont Investment Holdings Inc.


STATE OF CALIFORNIA
COUNTY OF _Los Angeles_ } SS.
On _November 23_ before me, _Elizabeth Aghvinian, Notary Public_
personally appeared _Victor Hugo Huezo_
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _____



# EXHIBIT "B"

# Promissory Note

**Principal: $70,000**         Los Angeles, California         January 8, 2008.

**1. Borrower's Promise to Pay:** For value received, FREMONT INVESTMENT HOLDINGS INC. DBA FREMONT INVESTMENT FUNDING (hereinafter referred to as "Borrower") promises to pay in lawful money of the United States of America, to: JOEY D. BALL (hereinafter referred to as "Lender") or order, at a place designated by payee, the principal sum of $70,000 (Seventy Thousand Dollars) with interest in like lawful money from The United States of America until paid on or before February 1, 2009 (hereinafter referred to as the "Maturity Date"), bearing interest at the rate of 15% percent, per annum. Interest shall accrue on the unpaid principal balance until the full amount of Principal has been paid.
Borrower will make all payments under this Note in the form of cash, check or money order.

**2. Transferability:** Lender may transfer this Note at any time.

**3. Re - Payment Schedule:**

$875.00 per month to be applied to the Principle and the Interest payable on the 1st of each month, commencing on February 1, 2008. Payments shall be applied to the Interest before being applied to the Principal.

If any balance remains on this note on the Maturity Date (February 1, 2009), said balance shall be paid in full to the Lender by Borrower on the Maturity Date.

Borrower shall mail monthly payments to Lender at 5740 Beechglen Drive, La Crescenta, CA 91214, or to any alternate address Lender may designate and inform Borrower of from time to time.

**4. Borrowers Right to Prepay:** Borrower shall have the right to make payments consisting of Principal Only, at any time during the term of this note (hereinafter referred to as a "Prepayment"). When Borrower designates a payment as a "Prepayment", Borrower shall notify Lender in writing that Borrower is making a Principal Only "Prepayment". Borrower may only designate a payment as a "Prepayment" if Borrower has already paid the agreed upon $875.00 monthly payment due on this note in any given month.

Borrower may repay this Note in full or in part at any time without any Pre-payment charge or penalty.

Lender shall apply 100% of Borrower's "Prepayments" to the Principal due on this note.

**5. Borrower's Failure to Pay/Default:**
   (A) Late Charge for Overdue Payments: If the Borrower is more than 15 days late on paying the monthly $875.00 payment, Borrower shall pay Lender a late charge of 3% of the overdue payment of principal and interest.
   (B) Default: If Borrower fails to pay Lender the monthly $875.00 payment or the remaining balance on the Maturity Date, Borrower shall be deemed to be in Default.
   (C) Notice of Default: If Borrower is in Default, the Lender may send Borrower written notice of said Default and demand immediate payment of the total remaining Principal Balance and any and all interest that has accrued and is due if Default is not cured within 60 days.
   (D) Payment of Lender's Costs and Expenses: If the Lender is required to bring legal action to enforce this note, Borrower shall pay all costs and expenses associated with enforcement of this note to

6. Notices: All notices, requests, demands or other communications required or permitted by the terms of this Note shall be given in writing and delivered to the parties of this Note as follows:

    a. Fremont Investment Funding
       8052 Melrose Avenue, Second Floor
       Los Angeles, CA 90046

    b. Joey Ball
       Beechglen Drive
       La Crescenta, CA 91214

or to such other address as to which any Party may from time to time notify the other.

7. Uniform Secured Note: This Note, protects the Note Holder from possible losses which might result if Borrower does not keep the promises which Borrower makes in this Note. Under some conditions Borrower may be required to make immediate payment in full of all amounts due under this Note:
If all or any part of the Property of Fremont Investment Holdings Inc DBA Fremont Investment Funding or any interest in the Property is sold or transferred without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.
If Lender exercises this option, Lender shall give Borrower a Notice of Acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____(Seal)
Victor Huezo - Executive Vice President-CEO

Fremont Investment Holdings Inc.

STATE OF CALIFORNIA
COUNTY OF _____ } SS.
On_____ before me:_____
Personally
appeared_____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature_____

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

**STATE OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

On _January 9th, 2008_ before me _Elizabeth Aghvinian, Notary Public_,

Personally appeared _Victor Hugo Huezo_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: ELIZABETH AGHVINIAN, COMM. #1511617, NOTARY PUBLIC-CALIFORNIA, LOS ANGELES COUNTY, My Comm. Exp. Sept. 29, 2009]

_____
SIGNATURE OF NOTARY PUBLIC

**OPTIONAL**

Though the data below is not required by law, it may prove valuable to persons relying on the document and prevent fraudulent reattachment of this form.

CAPACITY CLAIMED BY SIGNER
☒ INDIVIDUAL
☐ CORPORATE
   TITLES
☐ PARTNERS  ☐ LIMITED
            ☐ GENERAL
☒ ATTORNEY IN FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER _____

SIGNER IS REPRESENTING
NAME OF PERSON(S) OR ENTITY
_____

DESCRIPTION OF ATTACHED DOCUMENT
_Promissory Note_
TITLE OR TYPE OF DOCUMENT

_Two_
NUMBER OF PAGES

_01/08/08_
DATE OF DOCUMENT

_None_
SIGNER(S) OTHER THAN NAMED ABOVE

# EXHIBIT "C"

# Promissory Note

**Principal: $ 130,000**            Los Angeles, California            **February 1, 2008.**

1. Borrower's Promise to Pay: For value received, FREMONT INVESTMENT HOLDINGS INC. DBA FREMONT INVESTMENT FUNDING (hereinafter referred to as "Borrower") promises to pay in lawful money of the United States of America, to: JOEY D. BALL (hereinafter referred to as "Lender") or order, at a place designated by payee, the principal sum of $130,000 (One Hundred and thirty Thousand Dollars) with interest in like lawful money from The United States of America until paid on or before March 1, 2009 (hereinafter referred to as the "Maturity Date"), bearing interest at the rate of 15% percent, per annum. Interest shall accrue on the unpaid principal balance until the full amount of Principal has been paid.

2. Transferability: Lender may transfer this Note at any time.

3. Re - Payment Schedule:

$1,625.00 per month to be applied to the Principle and the Interest payable on the 1st of each month, commencing on February 1, 2008. Payments shall be applied to the Interest before being applied to the Principal.

If any balance remains on this note on the Maturity Date (February 1, 2009), said balance shall be paid in full to the Lender by Borrower on the Maturity Date.

Borrower shall mail monthly payments to Lender at 3740 Beechglen Drive, La Crescenta, CA 91214, or to any alternate address Lender may designate and inform Borrower of from time to time.

4. Borrowers Right to Prepay: Borrower shall have the right to make payments consisting of Principal Only, at any time during the term of this note (hereinafter referred to as a "Prepayment"). When Borrower designates a payment as a "Prepayment", Borrower shall notify Lender in writing that Borrower is making a Principal Only "Prepayment". Borrower may only designate a payment as a "Prepayment" if Borrower has already paid the agreed upon $1,625.00 monthly payment due on this note in any given month.

Borrower may repay this Note in full or in part at any time without any Pre-payment charge or penalty.

Lender shall apply 100% of Borrower's "Prepayments" to the Principal due on this note.

5. Borrower's Failure to Pay/Default:

(A) Late Charges for Overdue Payments: If the Borrower is more than 15 days late on paying the monthly $1,625.00 payment, Borrower shall pay Lender a late charge of 5% of the overdue payment of principal and interest.

(B) Default: If Borrower fails to pay Lender the monthly $1,625.00 payment or the remaining balance on the Maturity Date, Borrower shall be deemed to be in Default.

(C) Notice of Default: If Borrower is in Default, the Lender may send Borrower written notice of said Default and demand immediate payment of the total remaining Principal Balance and any and all interest that has accrued and is due if Default is not cured within 60 days.

(D) Payment of Lender's Costs and Expenses: If the Lender is required to bring legal action to enforce this note, Borrower shall pay all costs and expenses associated with enforcement of this note to the extent not prohibited by applicable law, including any such sum as the Court may fix as reasonable

6. **Notices:** All notices, requests, demands or other communications required or permitted by the terms of this Note shall be given in writing and delivered to the parties of this Note as follows:
   a. Fremont Investment Funding
      8052 Melrose Avenue, Second Floor
      Los Angeles, CA 90046

   b. Joey Ball
      Beechglen Drive
      La Crescenta, CA 91214

or to such other address as to which any Party may from time to time notify the other.

7. **Uniform Secured Note:** This Note, protects the Note Holder from possible losses which might result if Borrower does not keep the promises which Borrower makes in this Note. Under some conditions Borrower may be required to make immediate payment in full of all amounts due under this Note:
If all or any part of the Property of Fremont Investment Holdings Inc DBA Fremont Investment Funding or any interest in the Property is sold or transferred without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.
If Lender exercises this option, Lender shall give Borrower a Notice of Acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____(Seal)
Victor Huezo - Executive Vice President-CEO

Fremont Investment Holdings Inc.


STATE OF CALIFORNIA
COUNTY OF _Los Angeles_ } SS.
On _February 2, 2008_ before me, _Elizabeth Aghvinian, Notary Public_
Personally appeared _Victor Hugo Huezo_ _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____

[Notary seal: ELIZABETH AGHVINIAN, COMM. # 1511517, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, My Comm. Exp. Sept. 29, 2008]

# EXHIBIT "D"

# Promissory Note

**Principal: $ 404,750**          Los Angeles, California          **March 21, 2008.**

1. Borrower's Promise to Pay: For value received, **FREMONT INVESTMENT HOLDINGS INC. DBA FREMONT INVESTMENT FUNDING** (hereinafter referred to as "Borrower") promises to pay in lawful money of the United States of America, to: **JOEY D. BALL** (hereinafter referred to as "Lender") or order, at a place designated by payee, the principal sum of **$404,750 (Four Hundred and Four Thousand and Seven Fifty 00/100 Dollars)** with interest in like lawful money from The United States of America until paid on or before **March 1, 2008** (hereinafter referred to as the "Maturity Date"), bearing interest at the rate of **15% percent**, per annum. Interest shall accrue on the unpaid principal balance until the full amount of Principal has been paid.

2. Transferability: **Lender** may transfer this Note at any time.

3. Re - Payment Schedule:

**$5,059.37 per month** to be applied to the Principle and the Interest payable on the 1st of each month, commencing on **March 1, 2008**. Payments shall be applied to the Interest before being applied to the Principal.

If any balance remains on this note on the Maturity Date (**March 1, 2008**), said balance shall be paid in full to the Lender by Borrower on the Maturity Date.

Borrower shall mail monthly payments to Lender at **3740 Beechglen Drive, La Crescenta, CA 91214**, or to any alternate address Lender may designate and inform Borrower of from time to time.

4. Borrowers Right to Prepay: Borrower shall have the right to make payments consisting of Principal Only, at any time during the term of this note (hereinafter referred to as a "Prepayment"). When Borrower designates a payment as a "Prepayment", Borrower shall notify Lender in writing that Borrower is making a Principal Only "Prepayment". Borrower may only designate a payment as a "Prepayment" if Borrower has already paid the agreed upon $5,059.37 monthly payment due on this note in any given month.

Borrower may repay this Note in full or in part at any time without any Pre-payment charge or penalty.

Lender shall apply 100% of Borrower's "Prepayments" to the Principal due on this note.

5. Borrower's Failure to Pay/Default:
   (A) Late Charge for Overdue Payments: If the Borrower is more than 15 days late on paying the monthly $5,059.37 payment, Borrower shall pay Lender a late charge of 3% of the overdue payment of principal and interest.
   (B) Default: If Borrower fails to pay Lender the monthly $1,625.00 payment or the remaining balance on the Maturity Date, Borrower shall be deemed to be in Default.
   (C) Notice of Default: If Borrower is in Default, the Lender may send Borrower written notice of said Default and demand immediate payment of the total remaining Principal Balance and any and all Interest that has accrued and is due if Default is not cured within 60 days.
   (D) Payment of Lender's Costs and Expenses: If the Lender is required to bring legal action to enforce this note, Borrower shall pay all costs and expenses associated with enforcement of this note to the extent not prohibited by applicable laws, including any such sum as the Court may fix as reasonable attorney's fees.

6. Notices: All notices, requests, demands or other communications required or permitted by the terms of this Note shall be given in writing and delivered to the parties of this Note as follows:

   a. Fremont Investment Funding
      Attention: Victor Huezo
      9401 Wayside Drive
      Shadow Hills, CA 91040

   b. Joey Ball
      Beechglen Drive
      La Crescenta, CA 91214

Or to such other address as to which any Party may from time to time notify the other.

7. Unsecured Secured Note: This Note, protects the Note Holder from possible losses which might result if Borrower does not keep the promises which Borrower makes in this Note. Under some conditions Borrower may be required to make immediate payment in full of all amounts due under this Note:
If all or any payments for this note are past due past the allowable time to cure by borrower Victor Huezo without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.
If Lender exercises this option, Lender shall give Borrower a Notice of Acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with the Law within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by Law without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ 3-21-08 _____ (Seal)
Victor Huezo -Executive Vice President-CEO
Individually and not for
Fremont Investment Holdings Inc.


STATE OF CALIFORNIA
COUNTY OF __Los Angeles__ } SS.
On __3/21/08__ before me, __Joceline Georges a Notary public__.
Personally
appeared __Victor Hugo Huezo_____, who
proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature __Joceline Georges__

> JOCELINE GEORGES
> Commission # 1582047
> Notary Public - California
> Los Angeles County
> My Comm. Expires May 26, 2009

Page 2 of 2

# EXHIBIT "E"

# Sarah Thrift

| | |
|---|---|
| **From:** | Joey D. Ball [jdballboy@aol.com] |
| **Sent:** | Tuesday, March 29, 2011 7:19 PM |
| **To:** | Sarah Thrift |
| **Subject:** | Fwd: Victor Huezo loan |
| **Attachments:** | BROKER_DEMAND_FOR_Joey.pdf |

*Joey D. Ball*

*Cell# 818-642-0769*
*Fax# 818-249-1998*


-----Original Message-----
From: victor huezo <vhuezo@hotmail.com>
To: Joey D. Ball <jdballboy@aol.com>; vhuezo@hotmail.com
Sent: Tue, Mar 25, 2008 11:14 am
Subject: RE: Victor Huezo loan

Joey,
Good news, we are signing loan docs today and will be ready for funding tomorrow.  Please go ahead and wire the money to me via the Fremont Investment Holdings Account to avoid any bank delays of having the money go to my personal account and then to the Fremont account.
I will attach a copy of the Fremont checking account information for you to wire the funds for me.
Thanks,


Victor Huezo
*Executive Vice President-CEO*
**Fremont Investment Holdings Inc.**
**8052 Melrose Ave 2nd Floor**
**Los Angeles, CA 90046**
**Phone 323-336-3364 Fax 323-983-7500**
**Email:vhuezo@hotmail.com**

---

> To: vhuezo@hotmail.com
> Subject: Re: Victor Huezo loan
> Date: Tue, 25 Mar 2008 13:57:19 -0400
> From: jdballboy@aol.com
>
> Vic,
>   I transferred the money for the loan to my personal/business account from my Etrade account yesterday. Its available for the loan we have been working on, so let me know? I know we've been working on this deal for a long time and I'm glad we can finally get it done. Let me know whats next. Thanks
>
>   Joey D. Ball
>
>   cell# 818-642-0769
>   Fax# 818-249-1998
>
>   -----Original Message-----

9/12/2011

From: victor huezo <vhuezo@hotmail.com>
To: jdballboy@aol.com; vhuezo@hotmail.com
Sent: Mon, 24 Mar 2008 8:39 am
Subject: FW: Victor Huezo loan

Joey,
Sorry to send another email but I have not heard back from you regarding this deal. I know we have been working on the Bruce deal but can you let me know where you stand on the loan. Please let me know today if possible.

Thanks,


Victor Huezo
*Executive Vice President-CEO*
***Fremont Investment Holdings Inc.***
**8052 Melrose Ave 2nd Floor**
**Los Angeles, CA 90046**
**Phone 323-336-3364 Fax 323-983-7500**
**Email:vhuezo@hotmail.com**

---

From: vhuezo@hotmail.com
To: jdballboy@aol.com; vhuezo@hotmail.com
Subject: FW: marty romano from Fremont
Date: Fri, 21 Mar 2008 11:32:56 -0700

**Joey,**
**I wanted to let you know that we are drawing loan docs on the Vegas**
**deal and the deal in Los Angeles today. I just want to make sure you are**
**still good for the loan that we have been discussing for a few months now.**
**Please let me know as I am going to the Notary today to get our Promissory**
**Note done as I plan on funding these deals on Tuesday.**
**Thanks,**


Victor Huezo
*Executive Vice President-CEO*
***Fremont Investment Holdings Inc.***
**8052 Melrose Ave 2nd Floor**
**Los Angeles, CA 90046**
**Phone 323-336-3364 Fax 323-983-7500**
**Email:vhuezo@hotmail.com**

---

From: vhuezo@hotmail.com
To: mbromano@cox.net
Subject: RE: marty romano from Fremont
Date: Sat, 23 Feb 2008 17:52:52 -0800

Marty,
I wanted to address a few issues in regards to your loan approval.
As you know I wish I had more time to get you the best deal out
there but with the time frame you gave me I did everything I could
to meet your deadline. I know you have a few big decisions you
need to make in the next month or so and again in a year, so I

9/12/2011

would like to assure you that I will be a huge asset for you and your business if everything works out.

Many times, I have clients rate shop and fee shop my services but at the end of the day they all agreed that if something needs to get done I am the person to get it done. Hopefully, you understand that it is not necessary what I did on this loan or how fast I got it approved, it is about what I can do for you in the future.

Please call me on Monday morning if you have any questions or concerns but we need to get your fax in order to get loan docs this week.

Talk to you soon.

(So much for not working on the weekends)

Victor Huezo
*Executive Vice President-CEO*
*Fremont Investment Holdings Inc.*
8052 Melrose Ave 2nd Floor
Los Angeles, CA 90046
Phone 323-336-3364 Fax 323-983-7500


> Date: Fri, 22 Feb 2008 17:02:09 -0800
> From: mbromano@cox.net
> To: vhuezo@hotmail.com
> Subject: marty romano
>
>

=
___

Planning your summer road trip? Check out AOL Travel Guides.

=

9/12/2011