PAUL C. BAUDUCCO, ESQ., SBN 119512
NICHOLAS KANTER, ESQ., SBN 239436
LEWITT, HACKMAN, SHAPIRO,
  MARSHALL & HARLAN
16633 Ventura Boulevard, 11th Floor
Encino, California 91436-1865
Telephone: (818) 990-2120
Telecopier: (818) 981-4764

Attorneys for Plaintiff Joey Ball

**FILED & ENTERED**

**OCT 29 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

**CHANGES MADE BY COURT**

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VICTOR HUEZO<br><br>   Debtor.<br>_____<br><br>JOEY BALL,<br><br>   Plaintiff,<br><br> vs.<br><br>VICTOR HUEZO,<br><br>   Defendant.<br>_____ | **CASE NO: 2:11-BK-35922-RK**<br><br>**CHAPTER 7**<br><br>**ADV. NO. 2:11-02825-RK**<br><br><br>**FINAL JUDGMENT** |

Pursuant to the September 30, 2019 Amended Memorandum Decision on Plaintiff's Adversary Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (a)(6) ("Amended Memorandum"), judgment is hereby entered in favor of Plaintiff JOEY BALL ("Plaintiff") and against Defendant VICTOR HUEZO ("Defendant") as follows:

Defendant owes Plaintiff a non-dischargeable principal balance of $478,598.67 and prejudgment interest of $396,021.57, for a total judgment of $874,620.24, as of September 30, 2019.

After September 30, 2019, prejudgment interest continues to accrue at $91.78 per day until the date of entry of Judgment, after which post-judgment interest will accrue as allowed by law.

###

Date: October 29, 2019

_____
Robert Kwan
United States Bankruptcy Judge

Law Offices
LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN
a law corporation

[this document printed on recycled paper]

-2- C:\Users\bakchellian\Local Settings\Temp\Order#777688#4df70ccd-c254-41ef-ade6-e1e2c06

FINAL JUDGMENT