PAUL C. BAUDUCCO, ESQ., SBN 119512
NICHOLAS KANTER, ESQ., SBN 239436
LEWITT, HACKMAN, SHAPIRO,
   MARSHALL & HARLAN
16633 Ventura Boulevard, 11th Floor
Encino, California 91436-1865
Telephone:  (818) 990-2120
Telecopier:  (818) 981-4764

Attorneys for Plaintiff Joey Ball



FILED & ENTERED

NOV 16 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) | **CASE NO:  2:11-BK-35922-RK** |
| VICTOR HUEZO | ) **CHAPTER 7** |
|        Debtor. | ) **ADV. NO.  2:11-02825-RK** |
| JOEY BALL, | ) **AMENDED FINAL JUDGMENT** |
|        Plaintiff, | ) **THE HON. ROBERT N. KWAN** |
|   vs. | ) |
| VICTOR HUEZO, | ) |
|        Defendant. | ) |

Pursuant to the September 30, 2019 Amended Memorandum Decision on Plaintiff's Adversary Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (a)(6) ("Amended Memorandum") and the remand of this matter after judgment on appeal ("Remand"), judgment is hereby entered in favor of Plaintiff JOEY BALL ("Plaintiff") and against Defendant VICTOR HUEZO ("Defendant") as follows:

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant

2  shall pay to Plaintiff a non-dischargeable principal balance of $449,530.58 and

3  prejudgment interest of $391,513.21, for a total judgment of $841,043.89, as of

4  October 29, 2019.

5    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that after

6  October 29, 2019 post-judgment interest will accrue as allowed by law.

7

8                                        ###

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  Date: November 16, 2020

      _____

25    Robert Kwan
      United States Bankruptcy Judge

26

27

28

- 2 -    *C:\Users\bakchellian\Local Settings\Temp\Order#1314960#61e88ced-7728-*
*4be4-a749-e08c71a25af4.docx*

AMENDED FINAL JUDGMENT

Lewitt, Hackman, Shapiro, Marshall & Harlan
A Law Corporation