1  PAUL C. BAUDUCCO, ESQ., SBN 119512
   pbauducco@lewitthackman.com
2  NICHOLAS KANTER, ESQ., SBN 239436
   nkanter@lewitthackman.com
3  LEWITT, HACKMAN, SHAPIRO,
       MARSHALL & HARLAN
4  16633 Ventura Boulevard, 11th Floor
   Encino, California 91436-1865
5  Telephone:  (818) 990-2120
   Telecopier:  (818) 981-4764
6  Attorneys for Plaintiff Joey Ball

7  M. JONATHAN HAYES, ESQ., SBN 90388
   jhayes@rhmfirm.com
8  RESNIK HAYES MORADI LLP
   17609 Ventura Boulevard, Suite 314
9  Encino, California 91316
   Telephone: (818) 285-0100
10 Telecopier: (818) 855-7013
   Attorney for Defendant Victor Huezo

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | **CASE NO:  2:11-BK-35922-RK** |
| VICTOR HUEZO | **CHAPTER 7** |
| Debtor. | **ADV. NO.  2:11-ap-02825-RK** |
| | **ORDER ON STIPULATION FOR ENTRY OF AMENDED FINAL JUDGMENT** |
| JOEY BALL, | **The Honorable Robert N. Kwan** |
| Plaintiff, | |
| vs. | |
| VICTOR HUEZO, | |
| Defendant. | |

(Left margin: Lewitt, Hackman, Shapiro, Marshall & Harlan — A Law Corporation)

Pursuant to the Stipulation by and between Plaintiff Joey Ball ("Plaintiff") and Defendant Victor Huezo ("Defendant") (the "Stipulation"), through their respective counsel of record, the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

The Amended Final Judgment ("Amended Final Judgment"), attached to the Stipulation, shall be entered in favor of Plaintiff and against Defendant.

Pursuant to the Amended Final Judgment:

1. Defendant shall pay to Plaintiff a non-dischargeable principal balance of $449,530.58, prejudgment interest of $391,513.21, and post judgment interest of $26,857.12, for a total judgment of $867,901.01 as of October 31, 2021.

2. After October 31, 2021 post-judgment interest will accrue at 1.59% per annum, with a daily accrual of $36.64 per day based on $841,043.89 (principal balance and prejudgment interest) as allowed by law.

**SO ORDERED.**

DATED: _____, 2021

_____
JUDGE OF THE BANKRUPTCY COURT