PAUL C. BAUDUCCO, ESQ., SBN 119512
NICHOLAS KANTER, ESQ., SBN 239436
LEWITT, HACKMAN, SHAPIRO,
     MARSHALL & HARLAN
16633 Ventura Boulevard, 11th Floor
Encino, California 91436-1865
Telephone:  (818) 990-2120
Telecopier:  (818) 981-4764

Attorneys for Plaintiff Joey Ball



FILED & ENTERED

NOV 05 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VICTOR HUEZO<br><br>　　　　Debtor.<br>_____<br>JOEY BALL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VICTOR HUEZO,<br><br>　　　　Defendant.<br>_____ | **CASE NO:  2:11-BK-35922-RK**<br><br>**CHAPTER 7**<br><br>**ADV. NO.  2:11-02825-RK**<br><br><br>**AMENDED FINAL JUDGMENT**<br><br>**THE HON. ROBERT N. KWAN** |

Pursuant to the September 30, 2019 Amended Memorandum Decision on Plaintiff's Adversary Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (a)(6) ("Amended Memorandum"), the Amended Final Judgment entered on November 16, 2020 and the remand of this matter after judgment on appeal ("Remand"), an Amended Final Judgment is hereby entered in favor of Plaintiff Joey Ball ("Plaintiff") and against Defendant Victor Huezo ("Defendant") as follows:

Lewitt, Hackman, Shapiro, Marshall & Harlan
A Law Corporation

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant shall pay to Plaintiff a non-dischargeable principal balance of $449,530.58, prejudgment interest of $391,513.21, and post judgment interest of $26,857.12, for a total judgment of $867,901.01 as of October 31, 2021.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that after October 31, 2021 post-judgment interest will accrue at 1.59% per annum, with a daily accrual of $36.64 per day based on $841,043.89 (principal balance and prejudgment interest) as allowed by law.

###

Date: November 5, 2021

_____
Robert Kwan
United States Bankruptcy Judge