Gregg Roberts
43430 E Florida Ave #F-293
Hemet CA 92544
951-330-4450

Assignee *In Pro Per*

FILED
FEB 03 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joey Ball | Adv. Proc. Case No. 2:11-ap-02825-RK |
| Plaintiff, | (Main Case: 2:11-bk-35922-RK) |
| v. | ACKNOWLEDGMENT OF |
| Victor Huezo | ASSIGNMENT OF JUDGMENT |
| Defendant | CA CCP §673 |

Joey Ball, Judgment Creditor in the within matter, hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1. THAT judgment was entered by this Court in favor of Plaintiff, Joey Ball, against the Defendant Victor Huezo on November 5, 2021.

2. THAT judgment was awarded in the total amount of $867,901.01 as a nondischargeable judgment on November 5, 2021 with postjudgment interest dating from October 31, 2021 on $841,043.89 at the rate of $36.64 per day.

3. THAT the judgment has been entered into the adjudicative records of the above-entitled court, under the case number given above, and has not been renewed.

4. THAT Joey Ball is the Judgment Creditor of Record, and his address is 3740 Beechglen Dr, La Crescenta CA 91214.

5. THAT the Judgment Debtor of Record is Victor Huezo and his last known address is 9401 Wayside Drive, Sunland, CA 91040.

6. THAT the Judgment Creditor, Joey Ball, has been paid a total of $0.00 toward the satisfaction of said judgment.

7. THAT Joey Ball, Judgment Creditor in the above action, does hereby assign all rights, title, interest and ownership of said judgment to:

>Gregg Roberts
>43430 E Florida Ave #F-293
>Hemet CA 92544
>951-330-4450

Signed this 4TH day of January, 2023 at

La Crescenta, CA
(City / State)

Signed: _____
Joey Ball

*Notary acknowledgments attached per CCP 673(c)(1).*

*Secretary of State filings, if needed, are attached per CCP 673(d)(1).*

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT

Page 2 of 2

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**STATE OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

On _January 4, 2023_ before me _Elizabeth Aghvinian, Notary Public_

Personally appeared _Joey Ball_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are/ subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

[Notary Seal: ELIZABETH AGHVINIAN, COMM. # 2333076, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, COMM. EXPIRES SEPT. 29, 2024]

_____
SIGNATURE OF NOTARY PUBLIC

OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and prevent fraudulent reattachment of this form.

CAPACITY CLAIMED BY SIGNER

☐ INDIVIDUAL
☐ CORPORATE
           TITLES
☐ PARTNERS   ☐ LIMITED
             ☐ GENERAL
☐ ATTORNEY IN FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER _____

SIGNER IS REPRESENTING
NAME OF PERSON(S) OR ENTITY
_____

DESCRIPTION OF ATTACHED DOCUMENT

_Acknowledgment of Assignment of Judgment CH CCP§ 673_
TITLE OR TYPE OF DOCUMENT

_Two_
NUMBER OF PAGES

_01/04/23_
DATE OF DOCUMENT

_None_
SIGNER(S) OTHER THAN NAMED ABOVE