Form B-1037 (Rev. 8/98) 1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gregg Roberts<br>43430 E. Florida Ave. #F-293<br>Hemet CA 92544<br>951-330-4450<br><br>Attorney for: Assignee of Record, pro se | FILED APR 17 2023 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk<br><br>~~FILED APR 17 2023~~ (crossed out) |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>VICTOR HUEZO<br><br>Debtor. | CASE NO.: 2:11-BK-35922-RK<br><br>ADVERSARY NO.: 2:11-ap-02825-RK |
|---|---|
| JOEY BALL,<br><br>Plaintiff(s)<br><br>vs.<br><br>VICTOR HUEZO<br><br>Defendant(s). | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

STATE OF CALIFORNIA, COUNTY OF **Riverside**

I, **Gregg Roberts** hereby state under penalty of perjury that,

1. Judgment for $ **867,901.01** was entered on **November 5, 2021**
(date)

in the docket of the above-entitled action in favor of:

**JOEY BALL**
as Judgment Creditor, and against

**VICTOR HUEZO**
as Judgment Debtor

**(If registered Judgment, fill in below)**

Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Case No. **n/a** in the United States Bankruptcy Court, Central District of California and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgement Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment are the following sums:  $36.64/day, based on

$ **19,016.16** accrued interest, computed at XXXXXXXXXXX %
(see note)

$ _____ accrued costs   1.59% per annum from 10/31/2021, per judgment, p. 2, lines 5-8.

(Page 1 of 2)

| Form R-1037 (Rev. 8/98) | | 1998 USBC, Central District of California |
|---|---|---|
| In re:<br>VICTOR HUEZO | Debtor. | CASE NO.: 2:11-BK-35922-RK-PC<br>ADVERSARY NO.: 2:11-ap-02825-RK-PC |

Credit must be given for payments and partial satisfaction in the amount of $ __0.00__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at __Hemet__, State of California, this __3rd__ day of __April__, __2023__.
(year)

_____Gregg Roberts_____
Signature

**NOTE: Judgments registered under 28 U.S.C. 1963 bear the rate of interest of the District of origin.**