Form B-1036 - (Rev. 02/10)    1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, California Bar Number | For Court Use Only |
|---|---|
| Gregg Roberts<br>43430 E. Florida Ave. #F-293<br>Hemet CA 92544<br>951-330-4450<br>Attorney for  Assignee of Record, Pro Se | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>VICTOR HUEZO<br>Debtor. | CASE NO.: 2:11-BK-35922-RK<br>ADVERSARY NO.: 2:11-ap-02825-RK |
|---|---|
| JOEY BALL,<br>Plaintiff(s),<br>vs.<br>VICTOR HUEZO<br>Defendant(s). | **WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:

YOU ARE DIRECTED to enforce the Judgment described below with interest and costs as provided by law.

On _____November 5, 2021_____, a judgment was entered in the above-entitled action in favor of

JOEY BALL,

as **Judgment Creditor**, and against

VICTOR HUEZO

as **Judgment Debtor**, for:

| $ | 449,530.58 | PRINCIPAL |
|---|---|---|
| $ | 0.00 | ATTORNEYS FEES |
| $ | 418,370.33 | INTEREST |
| $ | 0.00 | COSTS |
| $ | 867,901.01 | **TOTAL JUDGMENT AS ENTERED** |

Form B-1036 - (Rev. 02/10)            1998 USBC, Central District of California

Page 2 of 3

| In re | CASE NO.: 2:11-BK-35922-RK |
|---|---|
| VICTOR HUEZO | ADVERSARY PROCEEDING NO.: |
| Debtor(s). | 2:11-ap-02825-RK |

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of this writ of execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Form B-1036 - (Rev. 02/10)                 1998 USBC, Central District of California

Page 3 of 3

| In re<br>VICTOR HUEZO<br>Debtor(s). | CASE NO.: 2:11-BK-35922-RK<br>ADVERSARY PROCEEDING NO.:<br>2:11-ap-02825-RK |
|---|---|

## NOTICE TO THE JUDGMENT DEBTOR:

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may within ten (10) days after the date the notice of levy was served deliver a claim of exemption to the levying officer as provided in Sections 703.510-703.610 of the California Code of Civil Procedure.

According to an affidavit and/or memorandum of costs after judgment, it appears that further sums have accrued since the entry of judgment, to wit:

$ __19,016.16__ ACCRUED INTEREST

$ __0.00__ ACCRUED COSTS

$ __19,016.16__ **TOTAL**

Credit must be given for payments and partial satisfaction in the amount of $ __0.00__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __886,917.17__ ACTUALLY DUE on the date of the issuance of this writ, of which

$ __886,917.17__ is due on the judgement as entered, and bears interest at __1.59__ % per annum in the amount of $ __36.64__ per day, from the date of issuance of this writ, to which

must be added the commissions and costs of the officer executing this writ.

(SEAL)

DATED: _April 17, 2023_

**KATHLEEN J. CAMPBELL**

KATHLEEN J. CAMPBELL
Clerk, United States Bankruptcy Court

By: _/s/ K. Celli_
Deputy Clerk