1  Krista Huezo
   2503 Whittier Drive
2  La Crescenta, CA 91214

3  *Por Per Without an Attorney*

4

5  Gregg Roberts
   43430 E. Florida Ave. #F-293
   Hemet CA 92544
6

7  *Assignee of Record and Judgement Creditor, Por Per Without an Attorney*

8

**FILED MAY 12 2023 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| JOEY BALL, an individual,<br>Plaintiff,<br><br>v.<br><br>VICTOR HUEZO, an individual,<br>Defendant. | CASE NO: 2:11-bk-35922-RK<br>Adv. Proc. No. 2:11-ap-02825-RK<br><br>**KRISTA HUEZO'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF TO ASSIGNEE GREGG ROBERTS' NOTICE OF MOTION AND MOTION FOR AUTHORIZATION FOR ISSUANCE OF EARNINGS WITHHOLDING ORDER AGAINST KRISTA ANN HUEZO AKA KRISTA ANN GODBOLD, NONDEBTOR SPOUSE OF JUDGMENT DEBTOR VICTOR HUEZO; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF**<br><br>DATE/TIME: JULY 6, 2023, 2:30 PM<br>COURTROOM: 1675<br>JUDGE: HON. ROBERT KWAN<br>255 E. TEMPLE, LOS ANGELES CA 90012 |

**PROPOUNDING PARTY:**    ASSIGNEE GREGG ROBERTS

**RESPONDING PARTY:**    KRISTA HUEZO

---

**NOTICE OF MOTION AND MOTION FOR AUTHORIZATION FOR ISSUANCE OF EARNINGS WITHHOLDING ORDER**

Krista Huezo, hereby does hereby move the Court for an extension of time to file her Reply pursuant to 9th Cir. BAP R. 8018(a)-1(a), § 4003.4 and Rule 9006(b)(3).

1. My Reply is due May 15, 2023, and hearing is on May 30, 2023.

2. I have not requested any extensions of the Reply to this Notice of Motion previously.

3. I will not be able to complete the Reply to file it timely. I am a middle school teacher at High Point Academy who has not been able to review the record and work on the Reply and has not completed it, partially because of the extensive record and because I am completing my end of the school year duties with my students. I have school final exams on May 30, 2023, and I am the lead teacher in charge of graduation rehearsals and ceremony on June 9, 2023, and I am scheduled to be a chaperone on a school trip to Washington DC with my students on June 19-23, 2023. Finishing up my required school duties has made it challenging to complete the Reply or retain an attorney at this time. (See Exhibits #1 & #2)

4. Mr. Gregg Robert's business address shown on the motion he served is a PO BOX located at a packing and shipping business called "Mr. Plaza Mall Pac & Ship", therefore, I was not able to locate him to confirm he has no objections to this extension.

5. There was no proof of service attached to the documents that I received nor was I told verbally that I was being served at the time I was handed the Notice of Motion.

6. I respectfully request a 38-day extension from May 30, 2023, to July 7, 2023, to file a Reply which will not prejudice Mr. Gregg Roberts.

Dated: May 12, 2023

By /s/ Krista Huezo
Krista Huezo
*Por Per Without an Attorney*

— 2 —

**NOTICE OF MOTION AND MOTION FOR AUTHORIZATION FOR ISSUANCE OF EARNINGS WITHHOLDING ORDER**

## DECLARATION OF KRISTA HUEZO

I, KRISTA HUEZO, declare as follows:

1. I am over the age of eighteen (18). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently with respect thereto.

2. On May 1, 2023, a person, who I believe was Gregg Roberts, handed me with this Notice of Motion while I was working at High Point Academy in front of my students, parents, and faculty members at the end of the school day.

3. There was no proof of service attached to the documents that I received nor was I told verbally that I was being served at the time I was handed the Notice of Motion.

4. I have not requested any extensions for the Reply or Court date previously.

5. I have been unable to complete the Reply to file it timely as I have school obligations including end of the year final exams on May 30, 2023 (See Exhibit #1), completion of report cards, the lead teacher in charge of graduation rehearsals and the graduation ceremony on June 9, 2023. I am a chaperone for the Washington D.C. trip for High Point Academy students June 19-23, 2023. (See Exhibit #2)

6. Mr. Gregg Robert's business address shown on the motion is a PO BOX located at a packing and shipping business called "Mr. Plaza Mall Pac & Ship", therefore, I was not able to locate him to confirm he has no objections to this extension.

— 3 —
**NOTICE OF MOTION AND MOTION FOR AUTHORIZATION FOR ISSUANCE OF EARNINGS WITHHOLDING ORDER**

7. I respectfully request a 38-day extension from May 30, 2023, to July 7, 2023, to file this Reply which will not prejudice Mr. Gregg Roberts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this Thursday, May 11, 2023, at La Crescenta, California.

By *[signature]*
Krista Huezo
*Por Per Without an Attorney*

— 4 —
**NOTICE OF MOTION AND MOTION FOR AUTHORIZATION FOR ISSUANCE OF EARNINGS WITHHOLDING ORDER**

Case 2:11-ap-02825-RK    Doc 355    Filed 05/12/23    Entered 05/24/23 16:27:25    Desc
Main Document    Page 5 of 9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit #1

— 5 —
**NOTICE OF MOTION AND MOTION FOR AUTHORIZATION FOR ISSUANCE OF EARNINGS WITHHOLDING ORDER**

# High Point Academy – All School Calendar 2022-23

**SEPTEMBER '22** (Last Update 10/20/22)

1 FIRST DAY OF SCHOOL HALF-DAY
2 FULL DAY (1st-8th 3:10pm); Kinder ½ Day Dismissed at 11:30am

**September '22**
- 1 First Day of School ½ day
- 5 NO SCHOOL Labor Day
- 8 Back-to-School Night 7th-8th
- 9 Eagle Spirit Day
- 13 Back-to-School Night 4th-6th
- 15 Back-to-School Night K-3rd
- 19-21 Cim: 7th - confirmed
- 19-23 Pali 8th - confirmed
- 23 Free Dress
- 28 Early Dismissal

Teachers back Wed, 8/24/22 6 days in service/teacher prep

**October '22**
- 3 NO SCHOOL
- 7 Eagle Spirit Day
- 11 Picture Day
- 12-14 6th Astro Camp confirmed
- 26 Early Dismissal
- 28 Halloween Celebration
- 28 Jr. High ½ day End Q1

**November '22**
- 3 Jr High ½ Day, Par. Conf
- 4 Jr High ONLY NO SCHOOL; Par Conf
- 11 Family Picnic 11-2 at HPA
- 11 NO SCHOOL-Veteran's Day
- 18-Free Dress – End T1 K-6
- 21-25 NO SCHOOL Thanksgiving
- 30 Early Dismissal

**December '22**
- 1 K-6th ONLY ½ Day-Parent Conf.
- 2 K-6 ONLY NO SCHOOL Parent Conf
- 9 Eagle Spirit Day
- 15 Holiday Concert
  9:00am K-2nd
  6:00pm 3rd-6th
- 16 All School ½ Day – Pajama Day
- 19-Jan 2 NO SCHOOL Winter Break

**January '23**
- 3 Staff In Service – No Students
- 13 Eagle Spirit
- 16 NO SCHOOL-MLK Day
- 17-19 Junior High Finals ½ days
- 20 Progress Reports K-3; opt 4-6
- 20 Jr. High ONLY NO SCHOOL End Q2
- 25 Early Dismissal
- 27 Free Dress

**February '23**
- 10 Eagle Spirit Day
- 10 3rd Souper Bowl
- 14 Valentine's-wear red&white
- 16 ½ Day all school *New 2023
- 17-20 NO SCHOOL-Presidents Weekend
- 21 100 Days of school
- 22 Early Dismissal
- 24 Free Dress

**March '23**
- 3 End T2 K-6
- 6 Staff In service – No Students
- 9 K-6 ½ Day; Parent Conf.
- 10 K-6th No School; Par. Conf
- 13-17 Book Fair
- 17 Dads'/SFs' breakfast
- 17 Eagle Spirit Day
- 24 Free Dress
- 24 Jr High ½ day End Q3
- 29 Early Dismissal
- 30 Kinder-3 Piggy Opera 9am
- 31 Spring Break begins

**April '23**
- 1-8 Spring Break
- 13 & 14 STEAM days
- 14 Eagle Spirit Day
- 17-21 ERB Testing
- 26-28 5th Pali Confirmed
- 26 Early Dismissal
- 28 1st grade play – Peter Rabbit
- 28 Free Dress
- 29 Spring Fundraiser

**May '23**
- 4 New Parent Orientation
- 1-5 Teacher Appreciation
- 11 ALL school ½ day Open House
- 12 Eagle Spirit Day
- 15 Sports Awards
- 24 Early Dismissal
- 26 Free Dress
- 29 NO SCHOOL-Memorial Day
- 30-31 Jr. High finals

**June '23**
- 1 Jr. High Finals ½ days
- 2 Jr High ONLY NO SCHOOL End Q4
- 2 K-6 End T3
- 5 4th Grade Sacramento
- 8 JH Academic Awards
- 8 All School ½ Day Last Day Free Dress
- 9 GRADUATION 10:30am
- 12 Off to College Reunion '19
- 19 Juneteenth school closed

| EARLY DISMISSAL * | HALF DAY (1/2 Day) | FULL Day Dismissal * | EAGLE SPIRIT DAY |
|---|---|---|---|
| Kindergarten at 1:45pm | Kindergarten at 11:30am | Kindergarten at 2:15pm | High Point T-Shirts only |
| Grades 1-8 at 2:10pm | Grades 1-8 at 12:00pm | Grades 1-8 at 3:10pm | |

Summer School Session 1: June 20-June 30; Session 2: July 10-July 21

Kindergarten at 1:45pm    Kindergarten at 11:30am    Kindergarten at 2:15pm    High Point T-Shirts only
Grades 1-8 at 2:10pm      Grades 1-8 at 12:00pm      Grades 1-8 at 3:10pm

Summer School Session 1: June 20-June 30; Session 2: July 10-July 21

— 6 —
**NOTICE OF MOTION AND MOTION FOR AUTHORIZATION FOR ISSUANCE OF EARNINGS WITHHOLDING ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit #2

— 7 —
**NOTICE OF MOTION AND MOTION FOR AUTHORIZATION FOR ISSUANCE OF EARNINGS WITHHOLDING ORDER**



Washington, D.C.

Stand in the footsteps of national heroes at the Capitol. Lay a wreath at Arlington National Cemetery.

Travelers   Staff

**NOTICE OF MOTION AND MOTION FOR AUTHORIZATION FOR ISSUANCE OF EARNINGS WITHHOLDING ORDER**

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My mailing address is: 9401 Wayside Dr. Shadow Hills CA 91040

A true and correct copy of the foregoing document described as **KRISTA HUEZO'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF TO ASSIGNEE GREGG ROBERTS' NOTICE OF MOTION AND MOTION FOR AUTHORIZATION FOR ISSUANCE OF EARNINGS WITHHOLDING ORDER AGAINST KRISTA ANN HUEZO AKA KRISTA ANN GODBOLD, NONDEBTOR SPOUSE OF JUDGMENT DEBTOR VICTOR HUEZO; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

I have no Access to CM/ECF            ☐ Service information continued on attached page

**II. SERVED BY US MAIL, PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 12, 2023,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

US Mail:
Greg Roberts
43430 East Florida Ave Ste #F-293
Hemet, CA 92544
951-330-4450

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 12, 2023,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Robert Kwan, U. S. Bankruptcy Court - Central District
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Courtroom 1675
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 12, 2023 | Victor Huezo | [signature] |
|---|---|---|
| Date | Type Name | Signature |