Gregg Roberts
43430 E Florida Ave Ste #F-293
Hemet CA 92544
951-330-4450
gregg@legalsupport-sc.com
Assignee of Record and Judgment Creditor, Pro Se

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re Victor Huezo, <br><br> Debtor | Case No.: 2:11-bk-35922-RK <br> Chapter 7 Proceeding <br> Adv. Proc. No. 2:11-ap-02825-RK |
| Joey Ball, <br><br> Plaintiff/Original Judgment Creditor, <br><br> v. <br><br> Victor Huezo, <br><br> Defendant/Judgment Debtor | **RESPONSE TO MOTION ~~FOR EXTENSION OF~~** *TO EXTEND* **TIME RESPOND TO REQUEST FOR EWO** *to 2/R.* <br><br> Date/Time: May 30, 2023, 2:30 PM <br> Courtroom: 1675 <br> Judge: Hon. Robert Kwan <br> 255 E. Temple, Los Angeles CA 90012 <br><br> With Declaration of Gregg Roberts, and Exhibits |

1. **INTRODUCTION/SUMMARY**

The Motion for Extension should be denied because of bad faith by the Huezos and prejudice to Assignee Roberts and Assignor Ball. The bad faith consists of the following: several knowingly false statements in violation of Rule 11; the unauthorized practice of law; and contradictory, harassing, and intimidating communications.

The prejudice lies in further delaying the collection of even one penny toward the satisfaction of the judgment in this case.

Unless otherwise specified, "the Motion" referred to here is the Huezo Motion for Extension, not Roberts' Motion for Authorization for Issuance of EWO ("EWO Motion").

**Table of Contents**

1.  INTRODUCTION/SUMMARY ..................................................................... 1

2.  INAPPROPRIATE AND/OR FALSE STATEMENTS IN THE MOTION ................. 3

    (a)  Unauthorized Practice of Law ........................................................... 3

    (b)  Nothing in the Very Short Postjudgment Record Weighs Against the
         EWO Motion ................................................................................. 4

    (c)  False Statement and Specious Objection Regarding Service of the EWO
         Motion .......................................................................................... 5

    (d)  "Not able to locate" Roberts? ........................................................ 7

3.  POOR USE OF TIME IS NO EXCUSE FOR AN EXTENSION ............................... 9

4.  MIXED MESSAGES AND THREATS ................................................................ 10

5.  PREJUDICE TO ROBERTS AND BALL, AND CONCLUSION ............................ 11

**Table of Authorities**

**Rules**

FRBP 1001 ........................................................................................................... 12

FRCP 1 ................................................................................................................. 12

### 2.  **INAPPROPRIATE AND/OR FALSE STATEMENTS IN THE MOTION**

   *(a) Unauthorized Practice of Law*

   It is clear to Ball and therefore on information and belief, to Roberts, that the Motion,

although signed by nondebtor spouse Krista Huezo, was in fact written for her by her husband,

the judgment debtor, Victor Huezo. Not only is it unlawful for unlicensed persons to practice

law, but such free legal services being provided to Krista Huezo prejudices Roberts, who has no

such services available to him free of charge in this matter, nor money to pay an attorney. Ball

was already prejudiced throughout this case by the free legal services Huezo had available to him

through his long-standing friendships with at least two attorneys, including his former

codefendant Vahe Jordan. Ball incurred roughly $400,000 worth of fees, while Huezo apparently

never had any such meter running. All this, again, is based on statements by Ball to Roberts,

which Roberts believes.

*(b) Nothing in the Very Short Postjudgment Record Weighs Against the EWO Motion*

The Motion complains that "I am a middle school teacher at High Point Academy who

has not been able to review the record and work on the Reply and has not completed it, partially

because of the extensive record…." 2:5-7.

What "extensive record"? Nothing that happened before entry of the judgment of which

Roberts took assignment, is relevant to Roberts' EWO Motion. The final Amended Judgment

against Huezo was entered November 5, 2021 (DE # 331). Roberts' acknowledgment of

assignment of judgment (DE #347) was filed February 23, 2023. Between those two dates, only

12 docket entries were made, and all were clearly procedural. Ex. 1. Most had to do with picking

up exhibits or ordering copies. None of the actions in that date range requested or granted relief

to Ball or Roberts as to Huezo, nor did they indicate any monies have been received from Huezo

or anyone else toward the satisfaction of the judgment.

Even if the nonsubstantive nature of those entries was not clear to the Huezos from the

docket entry descriptions, only 42 filed pages correspond to those 12 docket entries. *Id.* Highly

literate persons such as Victor and Krista Huezo—with extensive backgrounds in real estate and

schoolteaching, respectively—can typically read 42 pages in 42 minutes.

None of the docket entries since the assignment bear on the merits of Roberts' EWO,

either. There is simply no need for more time to "review the record." Nothing in the record

weighs against Roberts' EWO Motion being granted, and this is obvious from even a cursory

inspection of the docket. The Huezos might lack PACER access, but they live only about 20

miles from the bankruptcy court.

*(c)  False Statement and Specious Objection Regarding Service of the EWO Motion*

The Motion states: "5. There was no proof of service attached to the documents that I

received nor was I told verbally that I was being served at the time I was handed the Notice of

Motion." Motion, DE #355, 2:17-18.

No statute or rule requires the inclusion of a proof of service when serving someone

personally, nor does the motion for extension cite one. Nor is a proof of service required for a

literate person such as schoolteacher Krista Huezo to understand that she had been served with

legal papers and that bad things could happen if she did not respond to them. Krista Huezo

benefited from her husband's fraud. She "stood by her man" during the *13 years of litigation*

leading up to the judgment. The idea that somehow the title of the served document *failed* to tell

her something that a proof of service *would* have told her, is absurd.

Moreover, the process server, a licensed professional investigator, must be presumed to

know that valid service requires the announcement that legal papers are being handed to the

subject of the service. Moreover, the process server reported an oral statement from Krista Huezo indicating that she indeed understood of the general nature of the papers. According to the proof of service—executed under penalty of perjury just like her Declaration—Krista Huezo responded to being handed the papers by stating "This has nothing to do with me." Proof of Service to Roberts' EWO Motion, DE #353, PDF page 51. How could Krista Huezo *know* whether the document had anything to do with her, if she did not even understand that she was being served with a legal document? Her husband's name and Joey Ball's name were right there at the center-left area of the front page of the EWO Motion.

Not only does Krista Huezo know who Joey Ball is because of the 13 years of litigation that her husband went through with Mr. Ball, but on information and belief based on what Mr. Ball stated to Roberts, the Ball children attend the same school that the Huezo children attend; the Ball family and the Huezo family have friends in common; and there have been words between Mrs. Huezo and Mrs. Ball because of the fraud damages done to the Ball family by Victor Huezo. Krista Huezo certainly had good cause to immediately recognize that the document with which she was served was a legal document, and to even know exactly which court case the document pertained to. She did not need to know at the time of service Roberts' connection to the case, the precise meaning of an earnings withholding order, or any other such details. Valid service does not require the process server to present a legal briefing, nor even to read the title of the document aloud to the subject of the service.

Far more likely than expressing any genuine ignorance about the nature of the document with which she was served, is that Krista Huezo was trying to save face in front of the school's

receptionist, Ruth Shankweiler, who witnessed the process server handing the papers to Krista Huezo. *Id.*

     *(d)  "Not able to locate" Roberts?*

The Motion states that "4. Mr. Gregg Robert's *[sic]* business address shown on the motion he served is a PO BOX located at a packing and shipping business called "Mr. Plaza Mall *[sic]* Pac & Ship", therefore, I was not able to locate him to confirm he has no objections to this extension."

This false statement begins with the absurd implication that a physical visit to Roberts was needed. Besides, as required by the rules, Roberts' contact information was in the upper-left corner of the first page of the document with which Krista Huezo was served.

The brazenness and absurdity of Krista Huezo's false statement get even worse. On Monday, May 8, 2023, four days before the mailing date of the instant Motion, Roberts had a 14-minute phone conversation with Victor Huezo's fully disclosed agent, attorney Matt Resnik, who according to his legal assistant replaced former Huezo attorney M. Jonathan Hayes. Ex. 2. On that phone call, Mr. Resnik stated to Roberts that *he had been asked to represent Krista Huezo*, and in that capacity requested from Roberts *the very extension that the Huezos requested through the Motion*. Roberts declined to concede the extension, explaining that too much time had already gone by since the judgment was entered without a single payment being made toward him its satisfaction.[1]

---

[1] As of 9:50 AM on May 25, no Entry of Appearance by Mr. Resnik appeared in the docket.

Knowledge by an agent (Resnik) is imputed to the principal (Krista Huezo). "Ordinarily, a lawyer is a client's agent and, consistent with agency law, clients 'are considered to have notice of all facts known to their lawyer-agent.' *Ringgold Corp. v. Worrall*, 880 F.2d 1138, 1141-42 (9th Cir.1989)." *In re Perle*, 725 F. 3d 1023 (9th Cir 2013). The specific knowledge was requested by the attorney/agent and was provided to him immediately, just moments after he stated that he had been asked to represent Krista Huezo. Even if one or the other changed their mind about the engagement, the circumstances require this Court to conclude that Krista Huezo was on constructive notice that Roberts would oppose a request for extension.

It is not credible that Mr. Resnik did not pass on to Krista Huezo his knowledge of Roberts' opposition to the extension request. But if Resnik did in fact fail to do so, that's too bad for Mrs. Huezo.

Certainly, for Krista Huezo, or Victor Huezo writing for her, to make a knowingly false statement about this, is one of the highest forms of bad faith in litigation: perpetrating a fraud upon the Court. Roberts already told counsel's position on the issue and has in no way made himself difficult to reach. His phone number is at the upper-left corner of the motion, as required by the rules.

Nothing more on this point should be needed, but out of an abundance of caution Roberts will go on for a bit. The information that follows should help this Court assess future requests for relief from the judgment debtor and his wife.

On May 11, Roberts spoke by telephone with attorney Vahe Jordan, Victor Huezo's longtime close family friend and former codefendant in the state court case leading up to the debt in the instant case. That conversation took place with Roberts on the same phone number given in all the documents that he filed in this case, the same phone number where Huezo left his voicemails for Roberts. Roberts had left a voicemail for Mr. Jordan returning a call from Mr. Jordan in which Roberts described harassing communications and mixed messages from Victor Huezo (documented in the next section of this Response). That voicemail put Mr. Jordan on notice that Roberts was indeed *receiving* Huezo's voicemails. In fact, Mr. Jordan specifically addressed Roberts' voicemail regarding Huezo's communications, blaming Roberts for the lack of civil decorum in the messaging between Huezo and Roberts. That was a typical blaming of the victim, as is made clearer in the next section.

In any case, it would be unreasonable for this Court to assume that Victor Huezo did not know that Roberts was receiving his voicemails, or that that knowledge did not make its way to Krista Huezo. Mr. Jordan even asked Roberts if Roberts would like Jordan to obtain a specific settlement offer from Huezo and relay it to Roberts. Roberts said yes. That was *after* Roberts told Mr. Resnik that Roberts doubted that Huezo's first settlement offer would be satisfactory.

### 3.  POOR USE OF TIME IS NO EXCUSE FOR AN EXTENSION

In the time it took for Victor Huezo to write, serve, and file the extension motion, he could have responded to Roberts' EWO Motion. The idea that time did not allow it, is false (particularly since Krista Huezo clearly played little if any role in writing the request for more time, and would play little role in writing any eventual response to Roberts' EWO Motion).

4. **MIXED MESSAGES AND THREATS**

After leaving several daily voicemails for Roberts starting May 9 requesting a call back, Victor Huezo then mailed Roberts a letter asking Roberts to restrict his communications with Huezo as follows:

By Mail: 9401 Wayside Drive Shadow Hills, CA 91040
By Phone: 818-281-1217 during 10Am to 11:30 AM

Please note that it is prohibited to receive any debt communications outside of the hours mentioned above or by mail.

Ex. 3, p. 1.

In the same three-page letter, Huezo requested that Roberts provide him with evidence of the debt and of Roberts' ownership of it. Id., pp. 2-3. Roberts is not legally required to comply with any of the requests in the letter, nor does he need to be licensed to enforce the judgment assigned to him. The simple reason for this is that *the judgment did not arise from a consumer transaction.* Indeed, it is not even a *business* debt; it is debt arising from an intentional tort (fraud).

Additional mixed messages were sent when Huezo sent emails to Roberts even after sending his communication restriction request, which did not include email as a permissible medium. Why can Huezo send emails but Roberts can't?

It was bad faith for Victor Huezo, and by extension Krista Huezo, to try to restrict any phone calls that Roberts might make to them, to a 90-minute period out of every workday, use

email to send messages to Roberts while trying to forbid Roberts from emailing back, and then falsely complain that Roberts "cannot be located."

See the additional mixed-message and threatening letters:

(1) Trying to intimidate Assignor Ball and dissuade him from further communication with Roberts about Huezo through a ludicrous, fact-free threat of still more litigation involving Ball (Ex. 4);

(2) Trying to get Roberts to meet with Huezo in person, where more threats and false statements could be made without being recorded (Ex. 5, 1:1, 2:2, and p. 2, para. 2 of May 15 email);

(3) Stating that Huezo had visited Roberts' residence "to drop off letters" (another implicit "I know where you live" message). Ex. 5, p. 2, para. 2 of May 15 email.

5. **PREJUDICE TO ROBERTS AND BALL, AND CONCLUSION**

Through the assignment of the judgment, Roberts has stepped into the shoes of Original Judgment Creditor Ball. It is as though he suffered the same legal injuries at the hands of Victor Huezo, that Ball did. Consequently, it is as if Roberts has been waiting more than 14 years to get some compensation for the wrongs done by Huezo. Justice delayed is justice denied. The low interest rate on federal judgments in no way compensates Roberts/Ball for the lack of use of money of which Huezo wrongfully deprived Ball.

The relatively small amount of money that will be obtained through the earnings of holding order, starting at the earliest possible date, is the only way for this Court to prevent

further injustice being suffered by Roberts and Ball at the hands of the Huezos. Allowing the

Huezos to kick the can further down the road would not be in the interests of the *speedy*, just, or

inexpensive resolution of this legal dispute as required by FRCP 1 / FRBP 1001. It would

certainly not impose any punishment on the debtors for their dishonest filing before this Court,

nor for the multiple knowing false statements that Huezo has made since he first initiated his

scheme to defraud Ball in 2008. For this Court to grant the extension would set entirely the

wrong tone for Roberts' enforcement efforts and any settlement discussions in which he might

choose to engage. Accordingly, Roberts respectfully requests that this Court fire a shot across the

Huezos' bow from the very beginning of those efforts, to set the *appropriate* tone.

DATED: May 26, 2023.

Respectfully submitted,

Gregg Roberts, Assignee of Record / Judgment Creditor

Gregg Roberts
43430 E Florida Ave Ste #F-293
Hemet CA 92544
951-330-4450
gregg@legalsupport-sc.com
Assignee of Record and Judgment Creditor, Pro Se

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re Victor Huezo,

Debtor

|  |
| --- |

Joey Ball,

Plaintiff/Original Judgment Creditor,

v.

Victor Huezo,

Defendant/Judgment Debtor

Case No.: 2:11-bk-35922-RK
Chapter 7 Proceeding
Adv. Proc. No. 2:11-ap-02825-RK

**DECLARATION OF GREGG ROBERTS**

I am over the age of 18 years and competent to make this Declaration. I have personal knowledge of the matters herein, other than those indicated or obvious from the context as being known by information and belief, and I would and could competently testify about them if called to do so.

I became the Assignee of Record in this case on February 3, 2023. DE # 347. By doing so, per California Code of Civil § 680.240, I became the Judgment Creditor.

1    As of the date of signing of this Declaration, I have collected nothing toward the

2  satisfaction of this judgment.

3

4    Joey Ball, the original judgment creditor in this case, told me that he had collected

5  nothing toward the satisfaction of this judgment. I am aware of no documents or other evidence

6  to the contrary.

7

8    All exhibits to this filing are true and correct copies of the documents that they purport to

9  be.

10

11    All the statements that I allege were made to me by Joey Ball were made as described, to

12  the best of my information, knowledge, and belief.

13

14    I certify (or declare) under penalty of perjury under the laws of the State of California

15  that the foregoing is true and correct.

16

17  Signed at Hemet, California, this 26th day of May, 2023.

18  *[signature]*

19  _____

20  Gregg Roberts, Assignee of Record / Judgment Creditor

21

22

23  Gregg Roberts

24

25

26

27

28

DECLARATION OF GREGG ROBERTS
2

**Exhibit 1**

RECAP Actions

**CLOSED**

## U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Adversary Proceeding #: 2:11-ap-02825-RK

*Assigned to:* Robert N. Kwan
*Lead BK Case:* 11-35922
*Lead BK Title:* Victor Huezo
*Lead BK Chapter:* 7
*Demand:* $845000

*Date Filed:* 09/27/11
*Date Terminated:* 12/20/22
*Date Reinstated/Reopened:* 12/20/22

*Nature[s] of Suit:*  62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud
67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny
68 Dischargeability - 523(a)(6), willful and malicious injury

### Plaintiff
----------------------
**Joey Ball**
3740 Beechglen Drive
La Crescenta, CA 91214
818-642-0769

represented by **Joey Ball**
PRO SE

**Paul C Bauducco**
Lewitt Hackman, et al.
16633 Ventura Blvd 11th Fl
Encino, CA 91436-1865
818-990-2120
Fax : 818-981-4764
Email: PBauducco@lewitthackman.com
*SELF- TERMINATED: 12/20/2022*
*LEAD ATTORNEY*

(See above for address)
*SELF- TERMINATED: 12/20/2022*

V.

### Defendant
----------------------
**Victor Huezo**
9401 Wayside Drive
Sunland, CA 91040
SSN / ITIN: xxx-xx-5433

represented by **Baruch C Cohen**
4929 Wilshire Blvd Ste 940
Los Angeles, CA 90010
323-937-4501
Email: bcc@BaruchCohenEsq.com
*TERMINATED: 07/10/2012*

**Ex. 1, p. 1 of 6**

**Artin Gholian**
Jordan Law Group APLC
12416 Ventura Blvd
Studio City, CA 91604
888-693-5556
Fax : 323-337-8180
*TERMINATED: 11/21/2019*
*LEAD ATTORNEY*

**M. Jonathan Hayes**
Resnik Hayes Moradi LLP
17609 Ventura Blvd.
Suite 314
Encino, CA 91316
(818) 285-0100
Fax : (818) 855-7013
Email: jhayes@rhmfirm.com

*Trustee*
-----------------------
**Brad D Krasnoff (TR)**
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067-6006
(310) 277-0077

*U.S. Trustee*
-----------------------
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

*Counter-Claimant*
-----------------------
**Victor Huezo**               represented by  **Baruch C Cohen**
9401 Wayside Drive                       (See above for address)
Sunland, CA 91040                      *TERMINATED: 07/10/2012*
SSN / ITIN: xxx-xx-5433

                                         **Artin Gholian**
                                         (See above for address)
                                         *TERMINATED: 11/21/2019*
                                         *LEAD ATTORNEY*

                                         **M. Jonathan Hayes**
                                         (See above for address)

**Ex. 1, p. 2 of 6**

V.

### Counter-Defendant
-----------------------

Joey Ball                                              represented by **Joey Ball**
3740 Beechglen Drive                                                   PRO SE
La Crescenta, CA 91214
818-642-0769

(See above for address)
*SELF- TERMINATED: 12/20/2022*

| Filing Date | # | Docket Text |
|-------------|-----|-------------|
| 11/05/2021 | 331 (2 pgs) | Amended Final Judgment (BNC-PDF) (Related Doc # 328 ) Signed on 11/5/2021 (Pennington-Jones, Patricia) (Entered: 11/05/2021) |
| 11/07/2021 | 332 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)331 JUDGMENT (BNC-PDF)) No. of Notices: 1. Notice Date 11/07/2021. (Admin.) (Entered: 11/07/2021) |
| 11/10/2021 | 333 | Request for a Certified Copy Fee Amount $11. (RE: related document(s)331 JUDGMENT (BNC-PDF)) (Collins, Kim S.) (Entered: 11/10/2021) |
| 11/10/2021 | | Receipt of Certification Fee - $11.00 by 01. Receipt Number 20244302. (admin) (Entered: 11/10/2021) |
| 11/22/2021 | 334 | Adversary Case 2:11-ap-2825 Closed. The complaint filed in the above case has been disposed of and is no longer pending due to the dismissal of the complaint or main case, the entry of a judgment or the transfer of the adversary proceeding to another division or district. Since it appears that no further matters are pending that require this adversary proceeding remain open, it is ordered that this adversary proceeding is closed. (RE: related document(s)1 Complaint filed by Counter-Defendant Joey Ball, Plaintiff Joey Ball); (RE: related document(s)331 Amended Final Judgment) (Pennington-Jones, Patricia) (Entered: 11/22/2021) |
| 08/03/2022 | 335 (6 pgs) | Exhibit register and notice re disposition of exhibits. Mailed to attorney for Defendant on 08/03/2022. (RE: related document(s)162 Exhibit Register from Plaintiff/Defendant) (SC2) (Entered: 08/03/2022) |
| 08/04/2022 | 336 (2 pgs) | Exhibit register and notice re disposition of exhibits. Register for Defendant for proceeding ending on 07/12/17. (RE: related document(s)1 Complaint filed by Counter-Defendant Joey Ball, Plaintiff Joey Ball) Notice RE Dispositon of Exhibits due by 10/3/2022. (WK) (Entered: 08/04/2022) |
| 08/04/2022 | 337 (3 pgs) | Exhibit register and notice re disposition of exhibits. Register for Defendant for proceeding ending on 06/28/17. (RE: related document(s)1 Complaint filed by Counter-Defendant Joey Ball, Plaintiff Joey Ball) Notice RE Dispositon of Exhibits due by 10/3/2022. (WK) |

**Ex. 1, p. 3 of 6**

| | | (Entered: 08/04/2022) |
|---|---|---|
| 09/12/2022 | [338](#)<br>(8 pgs) | Exhibit register and notice re disposition of exhibits. Mailed to attorney for Plaintiff on 9/12/2022. (RE: [120](#)Supplemental Plaintiff/Counter-Defendant Joey Ball's 2nd Amended Exhibit List [Note: Amended As To Order of Exhibits 51 Through 59 Only] Filed by Plaintiff Joey Ball. Notice RE Dispositon of Exhibits due by 10/12/2022 (Kanter, Nicholas) (SC2) . (Entered: 09/12/2022) |
| 11/07/2022 | [339](#)<br>(3 pgs) | Exhibit register and notice re disposition of exhibits. DISPOSED on 11/07/22. (RE: related document(s)[337](#) Exhibit Register from Plaintiff/Defendant) (WK) (Entered: 11/07/2022) |
| 11/07/2022 | [340](#)<br>(2 pgs) | Exhibit register and notice re disposition of exhibits. DISPOSED on 11/07/22. (RE: related document(s)[336](#) Exhibit Register from Plaintiff/Defendant) (WK) (Entered: 11/07/2022) |
| 12/19/2022 | [342](#)<br>(4 pgs) | Motion to withdraw and allow pro se representation in postjudgment proceedings (includes Substitution of Attorney). Filed by Plaintiff Joey Ball (MB2) (Entered: 12/20/2022) |
| 12/20/2022 | [341](#)<br>(2 pgs) | Order opening adversary proceeding for limited purpose of allowing plaintiff to file a motion to withdraw and allow pro se representation in post judgment proceedings and entering an order thereon and reclosing the adversary proceeding upon entry of the order on the motion. (BNC-PDF) Signed on 12/20/2022. (MB2) (Entered: 12/20/2022) |
| 12/20/2022 | [343](#)<br>(1 pg) | Order Granting Motion To Withdraw and allow pro se representation in postjudgment proceedings pursuant to Rules 2091-1(a) and 9013-1(p). (BNC-PDF) (Related Doc # [342](#)) Signed on 12/20/2022. (MB2) (Entered: 12/20/2022) |
| 12/20/2022 | 344 | Adversary Case 2:11-ap-2825 RE-Closed. The complaint filed in the above case has been disposed of and is no longer pending due to the dismissal of the complaint or main case, the entry of a judgment or the transfer of the adversary proceeding to another division or district. Since it appears that no further matters are pending that require this adversary proceeding remain open, it is ordered that this adversary proceeding is closed. (RE: related document(s)[341](#) Order (MB2) (Entered: 12/20/2022) |
| 12/23/2022 | [345](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[341](#) Order Reopening Bankruptcy Case (BNC-PDF)) No. of Notices: 1. Notice Date 12/23/2022. (Admin.) (Entered: 12/23/2022) |
| 12/23/2022 | [346](#)<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[343](#) Order on Motion to Withdraw as Attorney (BNC-PDF)) No. of Notices: 2. Notice Date 12/23/2022. (Admin.) (Entered: 12/23/2022) |
| 02/03/2023 | [347](#)<br>(3 pgs) | Acknowledgment of Assignment of Judgment. Filed by Other Professional Gregg Roberts (MB2) (Entered: 02/06/2023) |

**Ex. 1, p. 4 of 6**

| | | |
|---|---|---|
| 02/07/2023 | 348 (8 pgs; 2 docs) | Exhibit register and notice re disposition of exhibits. RELEASED TO PLAINTIFF on 02/07/23. (Related Document 338). (SC2) Additional attachment(s) added on 2/7/2023 (SC2). (Entered: 02/07/2023) |
| 02/09/2023 | 349 (6 pgs) | Exhibit register and notice re disposition of exhibits. DISPOSED on 02/09/23. (Related Document 335 Exhibit register and notice re disposition of exhibits. Mailed to attorney for Defendant on 08/03/2022. (RE: related document(s)162 Exhibit Register from Plaintiff/Defendant)(SC2) (Entered: 02/09/2023) |
| 04/17/2023 | 350 (2 pgs) | Abstract of judgment (COPY): Original issued 4/17/23. Filed by Other Professional Gregg Roberts (KC2). (Entered: 04/17/2023) |
| 04/17/2023 | 351 (2 pgs) | Affidavit and Request For Issuance of Writ of Execution Filed by Other Professional Gregg Roberts . (KC2) (Entered: 04/17/2023) |
| 04/17/2023 | 352 (3 pgs) | Writ of execution (COPY); Original issued on 4/17/2023. Filed by Other Professional Gregg Roberts (KC2) (Entered: 04/17/2023) |
| 04/17/2023 | | Receipt of Abstract Filing Fee - $9.00 by 01. Receipt Number 20247387. (admin) (Entered: 04/17/2023) |
| 05/04/2023 | 353 (52 pgs) | Motion and notice of motion for authorization for issuance of earnings withholding order against Krista Ann Huezo aka Krista Ann Godbold, nondebtor spouse of judgment debtor Victor Huezo; memorandum of points and authorities and declaration in support thereof Filed by Other Professional Gregg Roberts [EDB] (LL) (Entered: 05/05/2023) |
| 05/05/2023 | 354 | Hearing Set re: Motion for authorization for issuance of earnings withholding order against Krista Ann Huezo aka Krista Ann Godbold, nondebtor spouse of judgment debtor Victor Huezo (RE: related document(s)353 Generic Motion filed by Other Professional Gregg Roberts) The Hearing date is set for 5/30/2023 at 02:30 PM at Crtrm 1675, 255 E Temple St., Los Angeles, CA 90012. The case judge is Robert N. Kwan (LL) (Entered: 05/05/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/21/2023 14:05:43 | | | |
| **PACER Login:** | researchguy007 | **Client Code:** | Huezo |
| **Description:** | Docket Report | **Search Criteria:** | 2:11-ap-02825-RK Fil or Ent: filed From: 11/5/2021 To: 5/22/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |

**Ex. 1, p. 5 of 6**

| Billable Pages: | 3 | Cost: | 0.30 |
| --- | --- | --- | --- |

**Ex. 1, p. 6 of 6**

**Exhibit 2**

## Exhibit 2 - Skype Pro Phone Record of May 8 Resnik-Roberts Call



**Exhibit 3**

Victor Huezo
9401 Wayside Drive
Shadow Hills CA 91040
May 10, 2023

Gregg Roberts
43430 E. Florida Ave #F 293
Hemet CA 92544

Dear Gregg Roberts:

I am responding to your contact about collecting a debt on a abstract of judgment and involuntary lien you filed on my residence at 9401 Wayside Shadow Hills, CA 91040 Document number 20230272410 .

You can contact me about this debt, but only in the way I say below. Don't contact me about this debt in other way, though any of my friends/family or associates or at any other place or time. It is inconvenient to me to be contacted except as I authorize below.

You can only contact me at:

By Mail: 9401 Wayside Drive Shadow Hills, CA 91040
By Phone: 818-281-1217 during 10Am to 11:30 AM

Please note that it is prohibited to receive any debt communications outside of the hours mentioned above or by mail.

Thank you for your cooperation.

Sincerely,

Victor Huezo

**Ex. 3, p. 1 of 3**

Victor Huezo
9401 Wayside Drive
Shadow Hills CA
91040
May 10, 2023

Gregg Roberts
43430 E. Florida Ave #F
293
Hemet CA 92544
Re: Abstract of Judgment

Dear Gregg Roberts:

I am responding to your contact about a debt you are trying to collect. You filed a abstract of judgment on my home and I received notice by the Registrar-recorder/County Clerk on May 8, 2023. Please supply the information below so that I can be fully informed:

Why you think I owe the debt and to whom I owe it, including:

- The name and address of the creditor to whom the debt is currently owed, the account number used by that creditor, and the amount owed.

- If this debt started with a different creditor, provide the name and address of the original creditor, the account number used by that creditor, and the amount owed to that creditor at the time it was transferred. When you identify the original creditor, please provide any other name by which I might know them, if that is different from the official name.

- Provide verification and documentation that there is a valid basis for claiming that I am required to pay the debt to you the current creditor. For example, can you provide a copy of the written agreement from previous creditor that created my original requirement to pay?

The amount and age of the debt, including:

- State the amount of the debt when you obtained it, and when that was.

- If there have been any additional interest, fees or charges added since the last billing statement from the original creditor, provide an itemization showing the dates and amount of each added amount. In addition, explain how the added interest, fees or other charges are expressly authorized by the agreement creating the debt or are permitted by law.

- If there have been any other changes or adjustments since the last billing statement from the original creditor, please provide full verification and documentation of the amount you are trying to collect. Explain how that amount was calculated. In addition, explain how the other changes or adjustments are expressly authorized by the agreement creating the debt or permitted by law.

- Have you made a determination that this debt is within the statute of limitations applicable to it? Tell me when you think the statute of limitations expires for this debt, and how you determined that.

<u>Details about your authority to collect this debt.</u>

- I would like more information about your firm before I discuss the debt with you. Does your firm have a debt collection license from my state? If not, say why not. If so, provide the date of the license, the name on the license, the license number, and the name, address and telephone number of the state agency issuing the license.

I have asked for this information because I have some questions.  I need to hear from you to make an informed decision about your claim that I owe this money.  I am open to communicating with you for this purpose.  In order to make sure that I am not put at any disadvantage, in the meantime please treat this debt as being in dispute and under discussion between us.

In addition to providing the information requested above, please let me know whether you are prepared to accept less than the balance you are claiming is owed. If so, please tell me in writing your offer with the amount you will accept to fully resolve the account.

Thank you for your cooperation.

Sincerely,

Victor Huezo

# Exhibit 4

Victor Huezo                                                    May 13, 2023
9401 Wayside Drive
Shadow Hills CA 91040

Joey Ball

████████████████

*(Sent Via USPS Certified Mail)*

Re: Defamatory and False Statements

Dear Mr. Ball,

It has recently come to Mr. Victor Huezo attention that you have been making defamatory and false statements about him, despite the fact that he is no longer involved in the matter you are referring to and is not liable to you for anything.  As you may know, the legal principle of prima facie defamation requires that a plaintiff demonstrate four key elements, including a false statement deemed to be a fact, communication or publication of the statement to a third party, fault amounting to at least negligence, and harm or damage caused to the reputation of the individual or entity being targeted.

Therefore, we urge you to immediately cease from making any further defamatory comments about Mr. Huezo and retract any and all false statements you may have made. Failure to do so may result in legal action being taken against you.

As an additional reminder, we would like to bring to your attention that there are currently two abstracts of judgment liens filed on Mr. Huezo's house 9401 Wayside Drive Shadow Hills, CA 91040, Doc. # 20191254367 dated November 15, 2019, and Doc. #20211815421 dated December 7, 2021. Intentionally clouding of my property title creates significant financial loss to the property and will have long-term consequences if the issue is not resolved promptly. These liens must be removed from Mr. Huezo's residence on or before May 20, 2023.

If a reconveyance removing these liens is not recorded with the Los Angeles County Recorder's Office and a soft copy provided to Mr. Huezo by this date via email at vhuezo@hotmail.com and hard copy sent to his residence via certified mail, he will be forced to take legal action in the State Court of California to remove the clouded title and recuperate any damages.

Thank you for your attention to this matter.

Sincerely,

Victor Huezo

**Ex. 4, p. 1 of 1**

**Exhibit 5**

RE: Gregg Roberts documents pending...        mailbox:///C:/Users/Gregg%20Roberts/AppData/Roaming/Thun...

Case 2:11-ap-02825-RK    Doc 357    Filed 05/26/23    Entered 05/26/23 16:29:05    Desc

Main Document    Page 31 of 34

**Subject:** RE: Gregg Roberts documents pending...
**From:** victor huezo <vhuezo@hotmail.com>
**Date:** 5/23/2023, 10:50 AM
**To:** Gregg Roberts <gregg@legalsupport-sc.com>

Mr. Roberts,
I am representing myself.  Please answer the questions on the letters I dropped off and lets schedule a meeting if you do have control of the judgment.

Thank you,

## Victor Huezo
*Cell Phone: 818-281-1217*

---

**From:** Gregg Roberts <gregg@legalsupport-sc.com>
**Sent:** Tuesday, May 23, 2023 10:25 AM
**To:** victor huezo <vhuezo@hotmail.com>
**Subject:** Re: Gregg Roberts documents pending...

## On 5/19/2023 7:19 PM, Gregg Roberts wrote:
>
> Mr. Huezo,
>
> Are you being represented by counsel in this matter, and if so, by whom? I can't communicate with you further until you answer that question.

Gregg Roberts
http://legalsupport-sc.com
Legal Support Services of Southern California
43430 E. Florida Ave #F-293
Hemet CA 92544
951-330-4450

The information contained in this e-mail message is privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution of copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 951-330-4450 or reply by e-mail and delete or discard this message.

**Ex. 5, p. 1 of 3**

RE: Gregg Roberts documents pending...                          mailbox:///C:/Users/Gregg%20Roberts/AppData/Roaming/Thun...

Case 2:11-ap-02825-RK    Doc 357    Filed 05/26/23    Entered 05/26/23 16:29:05    Desc
Main Document    Page 32 of 34

On 5/23/2023 9:47 AM, victor huezo wrote:

Hello Gregg,
I have called, dropped off letters and emailed you numerous times with no response.  Please confirm receipt and tell me when you are available to talk or meet in person.

Thank you,

## Victor Huezo
*Cell Phone: 818-281-1217*

---

**From:** victor huezo
**Sent:** Thursday, May 18, 2023 10:38 AM
**To:** 'Gregg Roberts' <gregg@legalsupport-sc.com>
**Cc:** vhuezo@hotmail.com
**Subject:** RE: Gregg Roberts documents pending...

Hello Mr. Roberts,
Please confirm receipt and provide feedback by end of day today.

Thank you,

## Victor Huezo
*Cell Phone: 818-281-1217*

---

**From:** victor huezo
**Sent:** Monday, May 15, 2023 8:26 AM
**To:** Gregg Roberts <gregg@legalsupport-sc.com>
**Cc:** vhuezo@hotmail.com
**Subject:** Gregg Roberts documents pending...

Hello Mr. Roberts,
I dropped off the letters at your PO BOX Business address and Menifee residence last week as I left numerous phone calls and never heard back.  As requested, attached is a copy for your records.  I look forward to your response.
If you did purchase the judgment from Mr. Ball and you have "absolute" assignment of the judgment, let's schedule a meeting to discuss assigning my only asset which is my homestead house (9401 Wayside Drive Shadow Hills CA 91040) to you.
I am available to meet Thursday May 18th or Friday May 19th this week.
Look forward to hearing from you.

Thank you,

**Ex. 5, p. 2 of 3**

RE: Gregg Roberts documents pending...  mailbox:///C:/Users/Gregg%20Roberts/AppData/Roaming/Thun...

Case 2:11-ap-02825-RK    Doc 357    Filed 05/26/23    Entered 05/26/23 16:29:05    Desc
Main Document    Page 33 of 34

## Victor Huezo

*Cell Phone: 818-281-1217*

---

**From:** Gregg Roberts <gregg@legalsupport-sc.com>
**Sent:** Friday, May 12, 2023 12:37 PM
**To:** Victor Huezo <vhuezo@hotmail.com>
**Subject:** My judgment against you

Mr. Huezo,

You can send a soft copy of whatever letter you were trying to deliver to me, to this email address. I don't know that there's much point in talking until I see your letter.

--
Gregg Roberts
http://legalsupport-sc.com
Legal Support Services of Southern California
43430 E. Florida Ave #F-293
Hemet CA 92544
951-330-4450

The information contained in this e-mail message is privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution of copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 951-330-4450 or reply by e-mail and delete or discard this message.

**Ex. 5, p. 3 of 3**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

43430 E Florida Ave #F, Hemet CA 92544

A true and correct copy of the foregoing document entitled (*specify*):  RESPONSE TO MOTION TO EXTEND TIME

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

I have no access to CM/ECF.

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __05/26/2023__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Victor Huezo, 9401 Wayside Dr, Sunland CA 91040
Krista Huezo, 2503 Whittier Drive, La Crescenta, CA 91214

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __05/26/2023__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Robert Kwan, 255 E Temple St, Ste 1682 / Courtroom 1675, Los Angeles CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 05/26/2023 | Heather Munson | *Heather Munson* |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**