United States Bankruptcy Court
Central District of California

Ball,
    Plaintiff

Huezo,
    Defendant

Adv. Proc. No. 11-02825-RK

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: May 30, 2023     Form ID: pdf031     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Joey Ball, 3740 Beechglen Drive, La Crescenta, CA 91214-3237 |
| cr | + | Krista Huezo, 2503 Whittier Drive, La Crescenta, CA 91214-3056 |
| dft | + | Victor Huezo, 9401 Wayside Drive, Sunland, CA 91040-1758 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| op | + Email/Text: bknotices@legalsupport-sc.com | May 31 2023 05:27:00 | Gregg Roberts, 43430 E Florida Ave #F-293, Hemet, CA 92544-7224 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Joey Ball, 3740 Beechglen Drive, La Crescenta, CA 91214-3237 |
| cc | *+ | Victor Huezo, 9401 Wayside Drive, Sunland, CA 91040-1758 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad D Krasnoff (TR) | BDKTrustee@DanningGill.com bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 30, 2023 | Form ID: pdf031 | Total Noticed: 4 |

M. Jonathan Hayes
    on behalf of Defendant Victor Huezo jhayes@rhmfirm.com
    roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

M. Jonathan Hayes
    on behalf of Counter-Claimant Victor Huezo jhayes@rhmfirm.com
    roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 4

Case 2:11-ap-02825-RK    Doc 360    Filed 06/01/23    Entered 06/01/23 21:17:22    Desc
Imaged Certificate of Notice    Page 2 of 5

**FILED & ENTERED**

MAY 30 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>VICTOR HUEZO,<br><br>　　　　　　　　　Debtor.<br><br>―――――――――――――――<br><br>JOEY BALL,<br>　　　　　　　　　Plaintiff,<br>　vs.<br><br>VICTOR HUEZO,<br>　　　　　　　　　Defendant. | Case No. 2:11-bk-35922-RK<br><br>Chapter 7<br><br>Adv. No. 2:11-ap-02825-RK<br><br>**ORDER DENYING MOTION OF KRISTA HUEZO FOR EXTENSION OF TIME TO FILE REPLY BRIEF TO ASSIGNEE GREGG ROBERTS'S MOTION FOR ISSUANCE OF EARNINGS WITHHOLDING ORDER**<br><br>**Hearing**<br><br>Date:　May 30, 2023<br>Time:　2:30 p.m.<br>Place:　Courtroom 1675<br>　　　　Roybal Federal Building<br>　　　　255 East Temple Street<br>　　　　Los Angeles, California  90012 |

　　This adversary proceeding came on for hearing before the undersigned United States Bankruptcy Judge on May 30, 2023 at 2:30 p.m. on: (1) the Motion of Assignee Gregg Roberts' Notice of Motion and Motion for Authorization for Issuance of Earnings Withholding Order Against Krista Huezo aka Krista Ann Godbold, Nondebtor Spouse of Judgment Debtor Victor Huezo; and (2) the Motion for Extension of Time to File Reply

-1-

Brief to Assignee Gregg Roberts' Notice of Motion and Motion for Authorization for Issuance of Earnings Withholding Order Against Krista Huezo aka Krista Ann Godbold, Nondebtor Spouse of Judgment Debtor Victor Huezo. Gregg Roberts appeared for himself in support of his motion and in opposition to Ms. Huezo's motion. Ms. Huezo did not appear at the hearing in support of her motion or in response to Mr. Roberts's motion as required by Local Bankruptcy Rule 9013-1(j)(1). When Ms. Huezo did not appear at the hearings on the motions on May 30, 2023 at 2:30 p.m., the court was unable to contact her about whether she was appearing at the hearings because she did not list a telephone number or an email address on her motion. The court waited until 2:50 p.m., or 20 minutes after the scheduled hearing time of 2:30 p.m., before concluding that Ms. Huezo was not going to appear at the hearings, and then the court proceeded with the hearings.

On May 12, 2023, Ms. Huezo filed her Motion for Extension of Time to File Reply Brief to Assignee Gregg Roberts' Notice of Motion and Motion for Authorization for Issuance of Earnings Withholding Order Against Krista Huezo aka Krista Ann Godbold, Nondebtor Spouse of Judgment Debtor Victor Huezo. Although the caption of Ms. Huezo's motion stated a date and time of July 6, 2023 at 2:30 p.m. for a hearing on her motion, the court set her motion for hearing on the same date and at the same time on May 30, 2023 at 2:30 p.m. as Mr. Roberts's motion in the same place in Courtroom 1675, Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012 by an order filed and entered on May 25, 2023. The Bankruptcy Noticing Center certificate of service of the court's order setting Ms. Huezo's motion for hearing indicates that service on Ms. Huezo by mail was made on May 27, 2023.

It is unclear under the circumstances whether Ms. Huezo received the court's order setting her motion for hearing on May 30, 2023, which was mailed to her by the Bankruptcy Noticing Center on May 27, 2023, but the circumstances make it clear that she received notice of Mr. Roberts's motion which was personally served on her on May 2, 2023 as indicated on the proof of service of his motion, which had a notice of motion

with the hearing date and time of May 30, 2023 at 2:30 p.m.  Ms. Huezo's motion was filed in response to Mr. Roberts's motion which indicates her knowledge of his motion and the date and time of the hearing on that motion.  Thus, the court determines that Ms. Huezo knew that she had to appear at the hearing on Mr. Roberts's motion if she did not agree to it, and she failed to do so.

The court denies Ms. Huezo's motion for extension of time to respond to Mr. Roberts's motion because (1) she did not file a timely opposition on the merits to his motion 14 days before the hearing as required by Local Bankruptcy Rule 9013-1(f); (2) she did not appear at the hearing on his motion if she opposed it as required by Local Bankruptcy Rule 9013-1(j)(1), and her appearance was not excused in advance; (3) she did not appear at the hearing set on her motion on the same date at the same time as required by Local Bankruptcy Rule 9013-1(j)(1), and her appearance was not excused in advance; and (4) based on her failure to appear at the hearing in opposition to Mr. Roberts's motion and in support of her motion for extension of time, the court deems her failure to appear as consent to granting his motion and failure to prosecute her motion.

IT IS SO ORDERED.

###

Date: May 30, 2023

*[signature]*

Robert Kwan
United States Bankruptcy Judge

-3-