B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: Victor Huezo
on *(date)* 08/27/2024 .

[X] I served the subpoena by delivering a copy to the named person as follows: I personally served Victor Huezo at his home (9401 Wayside Dr Sunland, CA 91040), with the "Subpoena", "Attachment to Subpoena" (7 pages), and "Order to Appear for Examination" (3 pages).    on *(date)* 08/28/2024 at 13:25 ; or

[ ] I returned the subpoena unexecuted because: N/A

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 09/01/2024

/S/ *Brian Holmes*  Digitally signed by Brian Holmes
Date: 2024.09.01 22:00:12 -07'00'
Server's signature

Brian Holmes, RPS#2015049997 (L.A. County)
Printed name and title

P.O. Box 42155 - Los Angeles, CA 90042
323-255-5015      Server's address

Additional information concerning attempted service, etc.:

We have provided an attached photographic image taken at time of service of the Subject, Victor Huezo (holding the documents which he was served in his left hand).

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re Victor Huezo

Debtor

*(Complete if issued in an adversary proceeding)*

Joey Ball

Plaintiff

v.

Victor Huezo

Defendant

Case No. 2:11-BK-35922-RK

Chapter 7

Adv. Proc. No. 2:11-ap-02825-RK

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

To: Victor Huezo

*(Name of person to whom the subpoena is directed)*

[X] *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached.

| PLACE   Courtroom 1675<br>255 E Temple St, Los Angeles CA 90012 | DATE AND TIME<br>10/1/2024 1:30 PM |
|---|---|

[ ] *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8-28-24

CLERK OF COURT

_____ OR _____
Signature of Clerk or Deputy Clerk        Attorney's signature

The name, address, email address, and telephone number of the attorney representing *(name of party)* Gregg Roberts, who issues or requests this subpoena, are: Gregg Roberts, 43430 E Florida Ave #F-293, Hemet CA 92544, gregg@legalsupport-sc.com, 951-330-4450

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Photo Attachment to Proof of Service of Subpoena**

